UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. 25-cr-214 (NEB/DTS)

---

United States of America,
    Plaintiff,

v.

Hibo Salah Daar,
    Defendant.

**Statement Regarding Redaction**

---

In accordance with Local Rule 5.5, I have reviewed the transcript of the Detention Hearing (Doc. 25) and located personal identifiers (PIs) or other information in the transcript that must be redacted under Fed. R. Crim. P. 49.1.

I hereby request the court reporter redact the following PIs or other information in the transcript:

| Description of PI | Page and Line | Redacted PI to Read As |
|---|---|---|
| Date of Birth | p. 3, line 3 | Xxx Xx, 1974. |

I understand that the redacted version of the transcript will be filed within 31 days of the date that the original transcript was filed but that the court reporter will not provide me a copy of the redacted transcript. I understand that if I purchased a copy of the transcript from the court reporter, I may remotely access the electronic version of the redacted transcript on CM/ECF, and that PACER fees will apply if I access the

1

transcript electronically. I also understand that after the 90-day restriction period, the

redacted version of the transcript may be made available to the public on PACER.

                Respectfully submitted,

Dated: June 13, 2025

                /s/ Karen Mohrlant
                Karen Mohrlant (388093), kmohrlant@fctyler.com
                F. Clayton Tyler, P.A.
                331 Second Avenue South, Suite 230
                Minneapolis, MN 55401
                Ph: 612-333-7309
                Attorney for Ms. Daar