UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No. 25-cr-214 (NEB/DTS)

---

United States of America,
    Plaintiff,

v.

Hibo Salah Daar,
    Defendant.

**Motion to Withdraw as Counsel**

---

Attorney Karen Mohrlant hereby moves the Court to withdraw as counsel for Defendant Hibo Salah Daar. The grounds for the motion are as follows:

- On May 25, 2025, I was appointed by the Court to represent Ms. Daar pursuant to the Criminal Justice Act. (Doc. 11)

- On June 11, 2025, Attorney Jason Steck filed a Notice of Appearance for Ms. Daar. (Doc. 27)

- On June 13, 2025, I had a video visit with Ms. Daar during which we discussed her rights and wishes regarding representation. She informed me that she wishes to be represented by Mr. Steck going forward.

Accordingly, pursuant to the Sixth Amendment to the United States Constitution, Local Rule 83.7(c), and Minnesota Rules of Professional Conduct 1.16(a)(3), I request that the Court terminate my appointment and permit me to withdraw as counsel.

Respectfully submitted,

Dated: June 13, 2025

/s/ Karen Mohrlant
Karen Mohrlant (388093), kmohrlant@fctyler.com
F. Clayton Tyler, P.A.

1

331 Second Avenue South, Suite 230
Minneapolis, MN 55401
Ph: 612-333-7309
Attorney for Ms. Daar