UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SECOND MOTION FOR EXTENSION OF TIME FOR OBJECTIONS TO PRESENTENCE REPORT** |
| Plaintiff, | Case No. 25-cr-00214-NEB-DTS |
| v. | |
| HIBO DAAR, | |
| Defendant. | |

Defendant Hibo Daar, by and through counsel, Jason Steck, and, pursuant to Fed. R. Crim. P. 45(b)(1)(B), moves the Court for an order extending the time for objections to the presentence investigation report to April 24, 2026, for the following reasons:

1. Recent state and federal enforcement actions have severely impacted numerous clients of the undersigned, resulting in an unprecedented spite in counsel's workload. This has delayed counsel's ability to confer with the Defendant regarding the details of the presentence investigation report.

2. Several of counsel's children and counsel himself have been impacted by significant illness, including influenza-A and strep throat, which has resulted in a recurring loss of child-care over the past six weeks, exacerbated by the fact that counsel's spouse is in the advanced stages of pregnancy with twins, limiting counsel's available time further. Delivery is likely within the next three weeks, after which counsel's availability will be further severely impacted.

2

Date:  February 23, 2026                              _____/s/ Jason Steck_____
                                                                Jason Steck #0393077
                                                                6160 Summit Drive North, Suite 220
                                                                Brooklyn Center, MN 55430
                                                                (763) 402-1829
                                                                Attorney for Defendant